

**U.S. Department of Justice**

*United States Attorney's Office*
*District of New Jersey*

---

970 Broad Street, 7th floor　　　　　　　　　973-645-2700
Newark, New Jersey 07102

March 13, 2026

**Via ECF**

Hon. Zahid N. Quraishi, U.S.D.J.
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

　　　Re:　*United States v. Francisco Villafane*
　　　　　　Crim. No. 25-232 (ZNQ)

Dear Judge Quraishi:

　　The Government is not seeking to adjourn Monday's sentencing hearing. Among other considerations, this is a victim case. The undersigned Assistant U.S. Attorney will be prepared to address at the sentencing hearing the questions the Court outlined in its Thursday's text order.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　TODD BLANCHE
　　　　　　　　　　　　　　　　U.S. Deputy Attorney General

　　　　　　　　　　　　　　　　PHILIP LAMPARELLO
　　　　　　　　　　　　　　　　Senior Counsel

　　　　　　　　　　　　　　　　*/s/ Daniel H. Rosenblum*
　　　　　　　　　　　　　　　　DANIEL H. ROSENBLUM
　　　　　　　　　　　　　　　　Assistant U.S. Attorney

cc:　　Saverio Viggiano, Esq., *Counsel for Defendant*