

**U.S. Department of Justice**
*United States Attorney's Office*
*District of New Jersey*

---

*970 Broad Street, 7ᵗʰ floor*                        *973-645-2700*
*Newark, New Jersey 07102*

March 17, 2026

Hon. Zahid N. Quraishi, U.S.D.J.
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

       Re:   *United States v. Francisco Villafane*
           <u>Crim. No. 25-232 (ZNQ)</u>

Dear Judge Quraishi:

     The United States requests a 30-day adjournment of the hearing scheduled for April 1, 2026. By then, the Honorable Matthew W. Brann, Ch. U.S.D.J., may have issued an opinion resolving the issues on which he reserved in *United States v. Naviwala*, __ F. Supp. 3d __, 2026 WL 658885 (D.N.J. 2026). And other events before then hopefully will remove any doubt about Assistant U.S. Attorneys' authority to continue "doing their important work" in this District. *United States v. Naviwala*, __ F. Supp. 3d __, 2026 WL 658885, at *5 n.48 (D.N.J. 2026).

     The United States recognizes that, if the defendant challenges the current supervisory structure of the U.S. Attorney's Office, under *Naviwala*'s reasoning, Philip Lamparello, Jordan Fox and Ari Fontecchio would have to be disqualified from this case. But Chief Judge Brann has stayed his disqualification orders in *Naviwala* and *United States v. Torres*, No. 24-cr-378 pending any appeal the United States pursues from those orders. The United States greatly appreciates Chief Judge Brann's willingness to do so.

     The United States thanks the Court for its consideration.

Hon. Zahid N. Quraishi
March 17, 2026
Page 2

Respectfully submitted,

TODD BLANCHE
U.S. DEPUTY ATTORNEY GENERAL

PHILIP LAMPARELLO
SENIOR COUNSEL

Mark E. Coyne
Supervisory Assistant U.S. Attorney
Chief, Appeals Division.

cc:   Saverio Viggiano, Esq., *Counsel for Defendant*
      (by email)