DNJ-Cr-023 (09/2017)

**RECEIVED**

MAR 18 2026

AT 8:30

CLERK, U.S. DISTRICT COURT - DNJ

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 25-cr-232 |
| v. | **REQUEST FOR DISCLOSURE OF SENTENCING MATERIALS** (Requestor Not Represented by Counsel) |
| Defendant(s). |  |

I, ___DAVID VOREACOS___, wish to obtain a copy of the sentencing materials submitted to the Court on ___3/13/26___ in this case as to defendant, ___FRANCISCO VILLAFANE___. I request that the redacted version of the sentencing materials be forwarded to the following electronic or mailing address:

E-mail: ___DVOREACOS @ BLOOMBERG.NET___

Address: ___731 LEXINGTON AVENUE___
___NEW YORK, NY 10022___

By: ___DN___