DNJ-Cr-023 (09/2017)

RECEIVED

MAR 18 2026

AT 8:30 ~~~~~~~~~~~M
CLERK, U.S. DISTRICT COURT - DNJ

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

v.

Defendant(s).

Criminal No. _2 5 - CR - 2 3 2_

**REQUEST FOR DISCLOSURE OF
SENTENCING MATERIALS
(Requestor Not Represented by Counsel)**

I, ___DAVID VOREACOS___ , wish to obtain a copy of the sentencing materials submitted to the Court on _3/17/26_ in this case as to defendant, _FRANCISCO VILLAFANE_ . I request that the redacted version of the sentencing materials be forwarded to the following electronic or mailing address:

E-mail: ___DVOREACOS@BLOOMBERG.NET___

Address: ___731 LEXINGTON AVE___
___NEW YORK, NY 10022___

By: _____