# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**CHAMBERS OF**
**ZAHID N. QURAISHI**
UNITED STATES DISTRICT JUDGE

**U.S. COURTHOUSE**
402 EAST STATE STREET, ROOM 4000
TRENTON, NJ 08608

March 18, 2026

25-cr-232

**VIA CM/ECF**
All counsel of record

Dear Counsel,

David Voreacos from Bloomberg News has filed Requests for Sentencing Materials (ECF Nos.42 and 43). In accordance with the Protocol for Disclosure of Sentencing Materials adopted by this Court, I instruct counsel for both sides to confer to determine what information is to be redacted from the requested Sentencing Materials.

Thank you.

ZAHID N. QURAISHI
UNITED STATES DISTRICT JUDGE