DNJ-Cr-023 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

v.

FRANCISCO VILLAFANE
Defendant(s).

Criminal No. 25-cr-232

**REQUEST FOR DISCLOSURE OF
SENTENCING MATERIALS
(Requestor Not Represented by Counsel)**

I, Roger Parloff , wish to obtain a copy of the

sentencing materials submitted to the Court on 03/17/2026 in this case as to

defendant, Francisco Villafane . I request that the redacted version of the

sentencing materials be forwarded to the following electronic or mailing address:

E-mail:     roger.parloff@lawfaremedia.org

Address:

By: _____