DNJ-Cr-023 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

v.

FRANCISCO VILLAFANE
Defendant(s).

Criminal No. 25-cr-232

**REQUEST FOR DISCLOSURE OF SENTENCING MATERIALS**
**(Requestor Not Represented by Counsel)**

I, Roger Parloff , wish to obtain a copy of the sentencing materials submitted to the Court on 03/13/2026 in this case as to defendant, Francisco Villafane . I request that the redacted version of the sentencing materials be forwarded to the following electronic or mailing address:

E-mail: roger.parloff@lawfaremedia.org

Address: _____

_____

_____

_____

By: _____