## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## MINUTES OF PROCEEDINGS

**OFFICE:**   TRENTON                                    **DATE:**  MAY 4, 2026

**JUDGE ZAHID N. QURAISHI**

**COURT REPORTER:** MEGAN MCKAY-SOULE

**TITLE OF CASE:**                                        **DOCKET # 3:25-CR-232-1 (ZNQ)**
UNITED STATES OF AMERICA
              vs.
FRANCISCO VILLAFANE
              DEFENDANT PRESENT

**APPEARANCES:**
 Benjamin Levin, AUSA for Government
 Saverio Viggiano, AFPD. for Defendant
 Laura Kellogg, U.S. Probation

**NATURE OF PROCEEDINGS**:  SENTENCING
Oral Argument on Defendant's Motion for Breach [59] held.
Motion for Breach [59] Denied.
SENTENCING:
 Imprisonment: Count 1- 120 months and Count 2- 210 months, each count to be served concurrently.
 Supervised Release: 10 years with special conditions, on each of counts 1 and 2. All such terms to run
 concurrently.
 Fine: Waived.
 Restitution: $114,000.00.
 JTVA Assessment: Waived.
 AVAA Assessment: Waived.
 Special Assessment: $200.00.
 Defendant advised of right to appeal.
 Defendant remanded.

 Time Commenced:   12:45 PM
 Time Adjourned:     2:15 PM
 Total Time:   1 hour and 30 mins.

                                          s/ Kimberly Stillman
                                          **DEPUTY CLERK**